■ In the Matter of GENE PARKER, Appellant, v KORENA BUTLER, Respondent. [933 NYS2d 860]—

Application by the father's assigned counsel to be relieved as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Saunders*, 52 AD2d 833 [1976]). We have reviewed the record and agree with counsel that there are no nonfrivolous issues which could be raised on this appeal. Concur—Mazzarelli, J.P., Friedman, Catterson, Renwick and DeGrasse, JJ.